UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CANADA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DE FAZIO,<br><br>　　　　Defendants. | No. 2:14-cv-1208 CKD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On July 1, 2014, the undersigned recommended that this action be dismissed without prejudice due to plaintiff's failure to file a complaint. (ECF No. 4.) Court records reveal that plaintiff has filed a notice of consent to proceed pursuant to the jurisdiction of the undersigned magistrate judge for all purposes. 28 U.S.C. § 636(c); Local Rule 302. (ECF No. 5.) Plaintiff has filed no objections to the findings and recommendations, and there is no basis for modifying the undersigned's prior conclusion that this action should be dismissed. Moreover, as no defendants have been served to date, plaintiff is the only party to this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to: (a) redesignate the undersigned's findings and recommendations filed July 1, 2014 (ECF No. 4) as an order; and (b) withdraw the assignment of a district judge to this action; and

1

2. For the reasons stated in this court's order filed July 1, 2014, this action is dismissed without prejudice.

Dated: July 31, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / cana1208.withdraw